UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| DARRYL SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:05-CV-13 (JCH) |
| ) | |
| LARRY ROWLEY, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant's Motion for Summary Judgment (Doc. No. 45) is **GRANTED**, and Plaintiff's claims are **DISMISSED** with prejudice.

Dated this 31st day of October, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE